UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:05-cr-0082-LJM-TAB-7 |
| | ) | |
| LaRONDA GOSSETT, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that

LaRonda Gossett's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the

Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release

is therefore **REVOKED**, and LaRonda Gossett is sentenced to the custody of the Attorney General

or his designee for a period of five (5) months, with no supervised release to follow.

   IT IS SO RECOMMENDED.


   Date:  01/28/2014
   _____


                              _____
                              LARRY J. McKINNEY, JUDGE
                              United States District Court
                              Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's EF system

United States Probation

United States Marshal